

# Fourth Court of Appeals
## San Antonio, Texas

### JUDGMENT

No. 04-13-00568-CV

Walter **ARNETT**,
Appellant

v.

**TEXAS WORKFORCE COMMISSION** and Sears, Roebuck & Co.,
Appellees

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2011-CI-12680
Honorable Michael E. Mery, Judge Presiding

BEFORE JUSTICE BARNARD, JUSTICE MARTINEZ, AND JUSTICE ALVAREZ

In accordance with this court's opinion of this date, the joint motion to dismiss is GRANTED and this appeal is DISMISSED.

We ORDER all costs assessed against the party who incurred them.

SIGNED October 23, 2013.

_____
Marialyn Barnard, Justice